

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PATRICK HOLLENBECK, | § | No. 08-23-00251-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th Judicial District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20210D03095) |
| | § | |

## <u>J U D G M E N T</u>

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED this 22nd day of January 2025.


GINA M. PALAFOX, Justice


Before Palafox and Soto, JJ, and Perez, Judge
Perez, Annabell, Judge, sitting by assignment